# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MARK ALAN BRISTOW and
FELIXBERTO TINGA VILLAMIL II,

Plaintiff(s),

v.

ALEJANDRO MAYORKAS, as SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP and IMMIGRATION SERVICES (USCIS), UR JADDOU, Director, USCIS, and KEVIN RIDDLE, Chicago Filed Office Director, USCIS,

Defendant(s).

Case No. 22 C 991
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is remanded to United States Citizenship and Immigration Services (USCIS).

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer granting Plaintiffs' motion for summary judgment [40] and denying Defendants' motion [37].

Date: 3/28/2024

Thomas G. Bruton, Clerk of Court

Christina Presslak , Deputy Clerk