UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ALAN BRISTOW, and<br>FELIXBERTO TINGA VILLAMILL II, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 22 C 991 |
| V. | )<br>) | Judge Pallmeyer |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.* | )<br>)<br>) | |
| Defendants. | ) | |

## AGREED ORDER

On June 24, 2024, plaintiffs filed a motion seeking attorney fees and costs for work performed during the course of this litigation. Dkt. 47. The parties have agreed to resolve the issue of fees and costs with defendants paying the amount of $20,000.00 as provided for in a settlement agreement entered into by the parties. This amount shall serve as full and complete settlement of all claims by plaintiff relating to the payment of attorneys' fees and costs in this matter.

_____
HONORABLE REBECCA R. PALLMEYER

Date: July 17, 2024